**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FONTAINE HORTON,** : | |
| : | |
| Petitioner : | Criminal No. 03-CR-14-104 |
| v. : | |
| : | **(JUDGE MANNION)** |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Respondent | |

### ORDER

For the reasons set forth in the Memorandum of this date, after conducting an evidentiary hearing, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Horton's 28 U.S.C. §2255 motion to vacate, set aside, or correct sentence, **(Doc. 661)**, and his supplement, **(Doc. 679)**, are **DENIED**.

2. There is no probable cause to issue a certificate of appealability.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 27, 2020**
14-0104-04-ORDER